| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Douglas Arthur DRAGLAND**<br>U.S. Citizen<br>DOB: 1952 | DOCKET NO. **VICTIM**<br><br>MAGISTRATE'S CASE NO.<br>**12-04655M** |

Complaint for violation of Title 18   United States Code § 111(a)(1) & (b)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about June 18, 2012, at or near Tubac, in the District of Arizona, **Douglas Arthur DRAGLAND** did intentionally and forcibly, assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol Agent William Thornbloom, an officer of the United States, Department of Homeland Security, while he was engaged in and on account of the performance of his official duties, that is, **Douglas Arthur DRAGLAND** punched Agent Thornbloom in the stomach, causing injury; in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On June 18, 2012, United States Border Patrol (USBP) Agent William Thornbloom of the Department of Homeland Security, was assisting another agent in a vehicle stop on Interstate 19 near KP 40 at or near Tubac, Arizona. While Agent Thornbloom was talking with **Douglas Arthur DRAGLAND**, he became very agitated and combative and was yelling profanities at the agent. **DRAGLAND** exited his vehicle and Agent Thornbloom asked him to remain inside the vehicle for his safety. **DRAGLAND** continued to yell profanities at the agent and demonstrate combative behavior. **DRAGLAND** then punched Agent Thornbloom in the stomach. The agent used physical restraint techniques to subdue **DRAGLAND** and place him in handcuffs.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

Rec: Detention
   Being duly sworn, I declare that the foregoing is
   true and correct to the best of my knowledge.
RNA/cgf
Approved by AUSA R. Arellano *R. Arellano*

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE
United States Border Patrol Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]
*Leslie A. Bowman*

DATE
June 19, 2012

[1] See Federal rules of Criminal Procedure Rules 3 and 54